GOLDSMITH & HULL. A P.C./592621
William I. Goldsmith SBN 82183
Michael L. Goldsmith SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
(818) 990-6600 FAX (818) 990-6140
Govdept1@goldsmithcalaw.com

FILED
CLERK, U.S. DISTRICT COURT
DEC 19, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ____BH____ DEPUTY

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KRISTIANN HOGAN AKA KRISTIANN DILLON<br><br>　　　　　Defendant(s) | **No.** CV01-08602-VAP-SS<br><br>[~~Proposed~~]<br>**ORDER DIRECTING ISSUANCE OF WRIT OF CONTINUING GARNISHMENT**<br><br> **[APPLE VALLEY UNIFIED SCHOOL DIST.]** |

　　　The Court, having considered the Application of the United States of America for an issuance of a Writ of Continuing Garnishment as to APPLE VALLEY UNIFIED SCHOOL DIST., with regard to defendant judgment-debtor KRISTIANN HOGAN AKA KRISTIANN DILLON, finds that the issuance of the Writ is proper under the circumstances of this case,

　　　//

1  HEREBY ORDERS that the clerk of the Court shall issue a Writ of Continuing
2  Garnishment with respect to APPLE VALLEY UNIFIED SCHOOL DIST. in the form
3  submitted by the Plaintiff United States of America.

5  DATED: December 19, 2017

7  _____
8  VIRGINIA A. PHILLIPS,
9  CHIEF, UNITED STATES DISTRICT JUDGE