1  GOLDSMITH & HULL. A P.C./592621
   William I. Goldsmith SBN 82183
2  Michael L. Goldsmith SBN 291700
   16933 Parthenia Street, Suite 110
3  Northridge, CA 91343
   (818) 990-6600 FAX (818) 990-6140
4  Govdept1@goldsmithcalaw.com

5  Attorneys for Plaintiff

6

7

8                 UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                                    No. A01-08602

11  UNITED STATES OF AMERICA,

12             Plaintiff,
                                      **WRIT OF CONTINUING
13       v.                           GARNISHMENT TO GARNISHEE
                                      APPLE VALLEY UNFIED SCHOOL
14                                    DIST.**

15  KRISTIANN HOGAN AKA
16  KRISTIANN DILLON

17             Defendant(s)

18

19

20      TO GARNISHEE APPLE VALLEY UNIFIED SCHOOL DIST. ATTN.:

21  PAYROLL DEPARTMENT 12555 NAVAYO RD. APPLE VALLEY CA 92308.

22      An application for a Writ of Continuing Garnishment against the property of

23  defendant/judgment debtor KRISTIANN HOGAN AKA KRISTIANN DILLON, has

24  been filed with this Court as to Garnishee APPLE VALLEY UNIFIED SCHOOL DIST.

25

26      On APRIL 18, 2002, judgment was entered in the United States District Court

27  Central District of California in the amount of $3,567.83, in Favor of UNITED STATES

28  OF AMERICA and against KRISTIANN HOGAN AKA KRISTIANN DILLON. The

1  current amount due on this Judgment as of December 11, 2017 is $5,065.11, plus daily
2  interest of $0.31
3      The name and address of Garnishees and/or Garnishees' authorized agent is:
4          APPLE VALLEY UNIFIED SCHOOL DIST.
5          ATTN.: PAYROLL DEPARTMENT
6          12555 NAVAYO RD.
7          APPLE VALLEY CA 92308
8      The address for plaintiff is:
9          GOLDSMITH & HULL, A P.C. 16933 Parthenia Street, Suite 110
10         Northridge, CA 91343
11 Defendant's Social Security Number is: XXX-XX-3261.
12 The last known address of Defendant is: 16986 OCOTILLA RD
13 APPLE VALLEY CA 92307
14     Counsel for plaintiff:
15         Michael L Goldsmith, Esq.
16         Goldsmith & Hull, A P.C.
17         16933 Parthenia Street, Suite 110 Northridge, CA 91343
18
19     TO THE ABOVE-NAMED GARNISHEE:
20
21     YOU AND YOUR SUCCESSORS AND ASSIGNS SHALLWITHHOLD AND
22 RETAIN ANY PROPERTY IN WHICH THE DEBTOR HAS A SUBSTANTIAL
23 NONEXEMPT INTEREST AND FOR WHICH YOU ARE OR MAY BECOME
24 INDEBTED TO THE JUDGMENT DEBTOR PENDING FURTHER ORDER OF THE
25 COURT.
26
27     GARNISHEE SHALL ANSWER THIS WRIT in writing, under oath, within TEN
28 DAYS after service of the writ of continuing garnishment and shall respond therein to
the following questions:

1. Whether Garnishee has custody, control or possession of any property of Defendant [including but not limited to non-exempt disposable earnings];
2. What is a description of the property and the value thereof;
3. Whether Garnishee owed Defendant any debt on the date the writ was served and the amount and basis of the debt; and
4. Whether Garnishee anticipates owing any debt to Defendant in the future, and whether the period for payment will be weekly or other specified period.

GARNISHEE SHALL file the original answer to this writ within ten (10) days of receipt of this writ with the Clerk of the United States District Court, 312 North Spring Street, Los Angeles, California 90012. Additionally, you are required to serve a copy of the answer on Defendant KRISTIANN HOGAN AKA KRISTIANN DILLON, and also on the attorney for plaintiff Goldsmith & Hull, A P.C. 16933 Parthenia Street, Suite 110 Northridge, CA 91343.

If no objection to the answer of Garnishee is filed, and no request for hearing is received by the court within 20 days from either the Defendant or the Plaintiff, Garnishee should release those properties directly to Plaintiff/Judgment Creditor. Payments and Properties hereafter collected shall be payable to **U.S. DEPARTMENT OF JUSTICE**. And should be sent to **U.S. DEPARTMENT OF JUSTICE, NCIF P.O. BOX 790363 ST. LOUIS, MO 63179-0363**, using file No. **1999B17843** as reference number on the check or other forms of payments.

IF YOU FAIL TO ANSWER THIS WRIT OR WITHHOLD AND RETAIN PROPERTY IN ACCORDANCE WITH THIS WRIT, THE PLAINTIFF MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT MAY ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT PROPERTY AS WELL AS REASONABLE ATTORNEY'S FEES.

**IT IS UNLAWFUL TO PAY OR DELIVER TO DEFENDANT ANY PROPERTY LEVIED UPON BY THIS WRIT UNTIL FURTHER ORDER OF COURT.**

The garnishment is continuing in nature and shall constitute a lien against Defendant's nonexempt property.

The garnishment shall continue and survive until any of the following occurs:

(a) The debt is satisfied in full;

(b) The property in the possession, custody or control of Garnishee is exhausted;

(c) Plaintiff has released the garnishment; or

(d) The Court orders that the garnishment be quashed.

DATED: December 21, 2017.

KIRY K. GRAY
CLERK, UNITED STATES DISTRICT COURT

*Renico Smith*
BY: DEPUTY CLERK
1174